James C. McCarroll (pro hac vice)
Jordan W. Siev (pro hac vice)
Marsha A. Houston (SBN 129956)
Christopher O. Rivas (SBN 238765)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone:     213.457.8000
Facsimile:       213.457.8080
Email:  mhouston@reedsmith.com
             crivas@reedsmith.com

*Attorneys for Creditors Aramid Entertainment Fund Limited, Aramid Liquidating Trust Ltd. and Aramid Entertainment, Inc.*

Lei Lei Wang Ekvall (SBN 163047)
SMILEY | WANG-EKVALL
3200 Park Center Drive, Suite 250
Costa Mesa, CA 92626
Telephone: (714) 445-1000
Facsimile: (714) 445-1002
Email:   lekvall@swelawfirm.com

*Attorneys for Screen Capital International Corp., Creditor, and derivatively on behalf of the estate of CT-1 Holdings, LLC*

**FILED & ENTERED**

**MAY 29 2015**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier     DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>CT-1 HOLDINGS, LLC,<br><br>          Debtor. | Case No. 2:10-bk-19927-BR<br><br>Chapter 11 |
| SCREEN CAPITAL INTERNATIONAL CORP., derivatively on behalf of the estate of CT-1 HOLDINGS, LLC,<br>                     Plaintiff,<br><br>v.<br><br>F.P. HOLDINGS, L.P. et al<br><br>                     Defendant. | Adv. No.: 2:13-ap-01277-BR<br><br>**ORDER DISMISSING ADVERSARY CASE**<br><br>**Date**:     April 28, 2015<br>**Time**:    10:00 a.m.<br>**Place**:   Courtroom 1668<br>            United States Bankruptcy Court<br>            255 East Temple Street<br>            Los Angeles, CA  90012 |

1
ORDER DISMISSING CASE

US_ACTIVE-121954495.1-CORIVAS

Pursuant to this Court's ruling at the April 28, 2015 hearing on the *Motion for an Order Dismissing the Debtor's Bankruptcy Case Pursuant to Section 1112(b) of the Bankruptcy Code, Including all of the Adversary Proceedings Pending Therein* (the "AEF/SCIC Motion to Dismiss"), filed jointly by Aramid Entertainment Fund Limited, Aramid Liquidating Trust Ltd. and Aramid Entertainment, Inc., and Screen Capital International Corp., and the *Motion to Dismiss Debtor's Bankruptcy Case Pursuant to 11 U.S.C. § 1112(b)* (the "Bergstein Motion to Dismiss"), filed by David R. Bergstein, each filed in the above-captioned main bankruptcy case, and the Order Dismissing Case entered thereon in the above-captioned main bankruptcy case:

**IT IS ORDERED THAT** this Adversary Proceeding is dismissed, with prejudice, all parties to bear their own costs.

# # #

Date: May 29, 2015

_____
Barry Russell
United States Bankruptcy Judge

REED SMITH LLP
A limited liability partnership formed in the State of Delaware